# Trip Details

| | |
|---|---|
| **Date of Service:** 9/17/2015 | **Run Number:** 68,475 |
| **Customer Name:** **WILDER, RYAN** | **Trip Number:** 0275-A |
| **Customer SSN:** ▇▇▇▇▇5788 | **Vehicle:** 332 |
| | **Pick Up Time:** 20:25:25 |
| | **Call Started:** 20:23:42  09/17/15 |

**Call Type:** ALS

### RUN TIMES

| | |
|---|---|
| **Call Taker:** | 20:25:25  09/17/15 |
| **Dispatched:** | 20:26:25 |
| **Enroute:** | 20:26:28 |
| **At Scene:** | 20:29:44 |
| **Transporting:** | 20:41:15 |
| **At Destination:** | 20:50:10 |
| **Partially Available:** | 21:10:07 |
| **Available:** | 21:10:07 |

**Primary Payor:** BILL PATIENT

**At Scene Odometer:**          **Total Loaded Miles**

**At Dest Odometer:**

## CREW INFORMATION

## PICK-UP AND DESTINATION INFORMATION

**Pick Up Information**

5820 ASHER AVE  - UALR PD
LITTLE ROCK, AR  72204

Phone:  (501) 900-0000 Ext.

**Drop Off Information**

H.UAMS
LITTLE ROCK, AR  72205

Phone:  (501) 526-2047 Ext.

## TRIP NOTES

| Date | Time | By | Description |
|---|---|---|---|
| 10/30/2015 | 5:15:33PM | SGARLING | Mailed Final Invoice; PIF due in 10 days. |
| 7/3/2017 | 2:35:29PM | SHEILA.GAI | Pt called for the status of this acct...I referred him to CCC. |
| 7/24/2017 | 12:18:42PM | SHEILA.GAI | Pt called (▇▇▇▇▇▇▇) stating he had spoken to Tim earlier and he need to ask another question...transferred the call to Tim. |

*No payments from insurance.*



RescueNet™
\\fileserver\rodb\sysrpt\PRINTTRP.RPT
Printed on 3/14/2019 at 15:16:26