Credit Control Company, Inc.        08:30:07  01 JUN 2018

| | | | | | ASSIGNED AMOUNTS | |
|---|---|---|---|---|---|---|
| | | --OWING-- | -RECEIVED- | | --OWING-- | -RECEIVED- |
| CLIENT# | MEM575 MEMS AMBULANCE | | | PRINCIPAL | 776.60 | 0.00 |
| ACCOUNT# | 7970983 | AGN/AMT  776.60 | 0.00 | ASGN INT | 0.00 | 0.00 |
| NAME | WILDER, RYAN | INT  0.00 | 0.00 | COMM FEES | 0.00 | 0.00 |
| NAME2 | | CANCELLED  0.00 | | AMISC1 | 0.00 | 0.00 |
| ADDRESS | 103 CEDARWOOD DRIVE | ATTORNEY  0.00 | 0.00 | AMISC2 | 0.00 | 0.00 |
| ADDRESS2 | | COURT  0.00 | 0.00 | AMISC3 | 0.00 | 0.00 |
| CITY | SHERWOOD | MISC  0.00 | 0.00 | AMISC4 | 0.00 | 0.00 |
| ST/ZIP | AR  72120 | TOTAL***  776.60 | 0.00 | AMISC5 | 0.00 | 0.00 |
| PHONE | | | | AMISC6 | 0.00 | 0.00 |
| NOTE LNS | 41 | NET W/JMT** | 776.60 | AMISC7 | 0.00 | 0.00 |
| DESK | 9 | STATUS: DNC  COMM: A | | AMISC8 | 0.00 | 0.00 |
| DOB | 01-04- | -- DATE -- | | AMISC9 | 0.00 | 0.00 |
| SSN | -5788 | ASSIGNED 04-03-16 | | | | |
| DRL | | LAST CHG 09-17-15 | | | | |

CLIENT REF# 15-68475         LAST PAY                    MISCELLANEOUS AMOUNTS
FWD-CLIENT                   LAST ACT 05-31-18                    --OWING--  -RECEIVED-

| | LAST ACT | 05-31-18 | | --OWING-- | -RECEIVED- |
|---|---|---|---|---|---|
| INT RATE(D) 0 | CL LC/LP | 09-17-15 | MISC | 0.00 | 0.00 |
| PACKET#  194412 | INTR EFF | 04-03-16 | OVERPMT | 0.00 | 0.00 |
| --- SPECIAL FIELDS --- | | | NSF FEE | 0.00 | 0.00 |
| PATIENT  WILDER, RYAN | SPOUSE | | MISC2 | 0.00 | 0.00 |
| 2ND SSN | SPC FLD5 | | MISC3 | 0.00 | 0.00 |
| PAT SSN | CREDIT RPT | 05-07-18;93;776.60 | MISC4 | 0.00 | 0.00 |
| | | | MISC5 | 0.00 | 0.00 |
| | | | MISC6 | 0.00 | 0.00 |
| | | | MISC7 | 0.00 | 0.00 |

--- FINANCIAL INFORMATION --- FOR ACCOUNT 7970983

( 39) BATCH #   11655
( 251) TLO1 FLAG   S
( 252) TLO DATE   04-04-16
( 257) ATTMPT_CNT   2.00
( 258) D.L.ATTMPT   04-25-16

--- NOTES --- FOR ACCOUNT 7970983
* (001) 13:40 04-03-16 //SELF///ALS
  (002)               EMERGENCY~~~70500~~1~~70500~~2015-09-28~~
  (003)               09:46:23&&MILEAGE
  (004)               ALS~~1790~~4~~7160~~2015-09-28~~09:46:23
* (005) 13:44 04-03-16 BEG STRAT NEWBIZ_1
* (006) 13:44 04-03-16 REQ SERIES AFM1 (VALIDATE)
* (007) 13:44 04-03-16 END STRAT NEWBIZ_1
* (008) 13:44 04-03-16 BEG STRAT MEMS_NB1
* (009) 13:44 04-03-16 END STRAT MEMS_NB1
* (010) 13:44 04-03-16 BEG STRAT AUTOSKIP_1
* (011) 13:30 04-04-16 SNT NTC RO1
* (012) 22:00 04-04-16 END STRAT AUTOSKIP_1
* (013) 22:00 04-04-16 BEG STRAT AUTOSKIP_3
* (014) 22:00 04-04-16 END STRAT AUTOSKIP_3
* (015) 22:00 04-04-16 BEG STRAT GOTCHA_1
  (016) 13:50 04-05-16 LOOKED FOR MATCH||KCC
  (017) 13:50 04-05-16 CLD RES TO DTR||KCC



DEFENDANT'S
EXHIBIT
2

--- NOTES --- FOR ACCOUNT 7970983 (CONTINUED)

```
  (018) 13:50 04-05-16 PHONE RES DISC|OSTS:ACT |KCC
* (019) 13:50 04-05-16 OPH#:(870) 703-8784 |KCC
  (020) 13:08 04-12-16 MOVED TO TLO DAY |KCC
  (021) 14:52 04-22-16 XF WILDER,RYAN WESLEY |KCC
  (022) 14:53 04-22-16 POSS# 870-777-4140 |KCC
  (023) 14:12 04-25-16 ELIG EXP 1-1-15 - CURR |KCC
  (024) 14:12 04-25-16 # 8407384101 |KCC
  (025) 14:12 04-25-16 CLD POSS PHONE|870-777-4140 D/C |KCC
* (026) 22:00 05-02-16 END STRAT GOTCHA_1
* (027) 22:00 05-02-16 BEG STRAT GOTCHA2
* (028) 15:08 05-10-16 REQ LTR# R2B |CDH
* (029) 13:39 05-11-16 SNT LTR R2B
* (030) 22:00 05-31-16 END STRAT GOTCHA2
* (031) 22:00 05-31-16 BEG STRAT GOTCHA2
* (032) 14:12 06-17-16 REVIEW STP,OSTS:ALP |KCC
* (033) 18:35 05-21-17 ADDED TO PKT# 194412
* (034) 10:14 05-22-17 ODSK:5 |DBA
* (035) 13:09 05-24-17 ADDR:251 FROST RD |CLZ
* (036) 13:09 05-24-17 CTY-ST-ZIP:CADDO VALLEY AR 71923 |CLZ
* (037) 16:01 07-06-17 OSTS:NLA |CLZ
* (038) 10:35 07-21-17 OSTS:RDP |CDH
  (039) 13:32 08-18-17 ACDV VERIFY E-OSCAR|DISPUTED WB/WWC
* (040) 14:24 01-26-18 REVIEW STP |CLZ
* (041) 10:26 05-30-18 ODSK:4 |CDH
```