## Trip Details

| | |
|---|---|
| Date of Service: 12/19/2016 | Run Number: 93,778 |
| Customer Name: **WILDER, RYAN** | Trip Number: 0049-A |
| Customer SSN: ███-██5788 | Vehicle: 235 |
| | Pick Up Time: 07:58:46 |
| | Call Started: 07:57:52 12/19/16 |

| Call Type: ALS 1 | RUN TIMES |
|---|---|
| | Call Taken: 07:58:46 12/19/16 |
| | Dispatched: 07:59:01 |
| | Enroute: 07:59:11 |
| | At Scene: 08:00:40 |
| Primary Payor: QUALCHOICE | Transporting: 08:17:14 |
| At Scene Odometer: | At Destination: 08:23:47 |
| At Dest Odometer: **Total Loaded Miles** | Partially Available: 08:34:32 |
| | Available: 08:34:32 |

### CREW INFORMATION

### PICK-UP AND DESTINATION INFORMATION

**Pick Up Information**
371 CLUB RD - apt D
SHERWOOD, AR  72120

Initial Priority: Code 2
Phone: (501) 999-0000 Ext.

**Drop Off Information**
H.SVN ST VINCENT - SHERWOOD
SHERWOOD, AR  72120

Transport Priority: Code 2
Phone: (501) 552-7100 Ext.

### TRIP NOTES

| Date | Time | By | Description |
|---|---|---|---|
| 2/10/2017 | 8:22:55PM | SHEILA.GAJ | Mailed Final Invoice; PIF due in 10 days. |
| 5/25/2017 | 9:42:06AM | TIM.HULET | INS FROM CREDIT CONTROL. |
| 6/21/2017 | 12:57:36PM | TIM.HULET | REPORTED INSURANCE PAYMENT TO CREDIT CONTROL |
| 7/3/2017 | 2:35:12PM | SHEILA.GAJ | Pt called for the status of this acct...I referred him to CCC. |
| 7/24/2017 | 12:18:32PM | SHEILA.GAJ | Pt called (█████████) stating he had spoken to Tim earlier and he need to ask another question...transferred the call to Tim. |

*Qualchoice paid $479.74   6/14/17*



DEFENDANT'S
EXHIBIT
3