## Trip Details

| | | |
|---|---|---|
| **Date of Service:** 12/20/2016 | | **Run Number:** 94,095 |
| **Customer Name:** **WILDER, RYAN** | | **Trip Number:** 0078-A |
| **Customer SSN:** ▓▓▓▓5788 | | **Vehicle:** 73 |

| |
|---|
| **Pick Up Time:** 10;11:32 |
| **ETA:** 10:25:00 |
| **Call Started:** 10:10:28  12/20/16 |

**Call Type:** BLS

### RUN TIMES

| |
|---|
| **Call Taker:** 10:12:08  12/20/16 |
| **Dispatched:** 10:12:39 |
| **Enroute:** 10:12:47 |
| **At Scene:** 10:26:27 |
| **Transporting:** 10:44:02 |
| **At Destination:** 10:59:40 |
| **Partially Available:** 11:11:30 |
| **Available:** 11:11:30 |

**Primary Payor:** QUALCHOICE
**At Scene Odometer:**          **Total Loaded Miles**
**At Dest Odometer:**

### CREW INFORMATION

### PICK-UP AND DESTINATION INFORMATION

**Pick Up Information**

H.SVN ST VINCENT - SHERWOOD   - ICU bed 4
SHERWOOD, AR 72120

**Initial Priority:** Code 5
**Phone:** (501) 552-7238 Ext.

**Drop Off Information**

BRIDGEWAY HOSPITAL   - UNIT # 5
MAUMELLE, AR 72113

**Transport Priority:** Code 5
**Phone:** (501) 771-1500 Ext.

### TRIP NOTES

| Date | Time | By | Description |
|---|---|---|---|
| 7/24/2017 | 11:51:17AM | TIM.HULET | PT CALLED I VERIFIED INFO CORRECT. SAID ADDRESS IS HIS MOTHERS ADDRESS AND GAVE ME HIS NEW ADDRESS  WANTED TO KNOW IF HE COULD PAY US DIRECTLY ADVISED HIM TO PAY CREDIT CONTROL SAID HE DIDN'T WANT TO TALK WITH THEM BECAUSE THEY ARE MEAN ADVISED HIM TO CALL 225-2050 AND REPORT THAT TO BILL |
| 7/24/2017 | 12:18:19PM | SHEILA.GAI | Pt called ▓▓▓▓▓▓▓ stating he had spoken to Tim earlier and he need to ask another question...transferred the call to Tim. |

Qualchoice   paid  928.26  1/24/17



DEFENDANT'S
EXHIBIT
4