05-21-17

WILDER, RYAN||251 FROST RD ||CADDO VALLEY||AR||71923||
8700000000||16-93778||WILDER, RYAN||121916||121916||
000088875|█████95||█████5788||||SELF||||ALS
EMERGENCY~~72000~~1~~72000~~2016-12-22~~10:25:00&&IV
SUPPLIES~~5700~~1~~5700~~2016-12-22~~10:25:00&&DISPOSABLE
SUPPLIES~~5700~~1~~5700~~2016-12-22~~10:25:00&&MILEAGE
ALS~~1825~~3~~5475~~2016-12-22~~10:25:00||~~~~~~~~~~~||~~~~||
WILDER, RYAN||604 W DAISY BATES ||LITTLE ROCK||AR||72202||
5010000000||16-94095||WILDER, RYAN||122016||122016||
000040274||████95||██████60068||||SELF||||BLS NON-
EMERGENCY~~50000~~1~~50000~~2016-12-29~~12:15:20&&MILEAGE
BLS~~1625~~12~~19500~~2016-12-29~~12:15:20||||||~~~~||

04-03-16

WILDER, RYAN||251 FROST RD ||CADDO VALLEY||AR||71923||
8700000000||15-68475||WILDER, RYAN||091715||091715||
000077660||████95||█████5788||||SELF||||ALS
EMERGENCY~~70500~~1~~70500~~2015-09-28~~09:46:23&&MILEAGE
ALS~~1790~~4~~7160~~2015-09-28~~09:46:23||~~~~~~~~~~~~~||~~~~||


DEFENDANT'S EXHIBIT 5