Credit Control Company, Inc.          08:30:07  01 JUN 2018

| | | | --OWING-- | -RECEIVED- | | ASSIGNED AMOUNTS | |
|---|---|---|---|---|---|---|---|
| | | | | | | --OWING-- | -RECEIVED- |
| CLIENT# | MEM575 MEMS AMBULANCE | | | | | | |
| ACCOUNT# | 8001750 | AGN/AMT | 888.75 | 479.74 | PRINCIPAL | 888.75 | 479.74 |
| NAME | WILDER,RYAN | INT | 0.00 | 0.00 | ASGN INT | 0.00 | 0.00 |
| NAME2 | | CANCELLED | 0.00 | | COMM FEES | 0.00 | 0.00 |
| ADDRESS | 103 CEDARWOOD DRIVE | ATTORNEY | 0.00 | 0.00 | AMISC1 | 0.00 | 0.00 |
| ADDRESS2 | | COURT | 0.00 | 0.00 | AMISC2 | 0.00 | 0.00 |
| CITY | SHERWOOD | MISC | 0.00 | 0.00 | AMISC3 | 0.00 | 0.00 |
| ST/ZIP | AR 72120 | TOTAL*** | 888.75 | 479.74 | AMISC4 | 0.00 | 0.00 |
| PHONE | | | | | AMISC5 | 0.00 | 0.00 |
| NOTE LNS | 150 | NET W/JMT** | | 409.01 | AMISC6 | 0.00 | 0.00 |
| DESK | 9 | STATUS: DNC  COMM: A | | | AMISC7 | 0.00 | 0.00 |
| DOB | -95 | -- DATE -- | | | AMISC8 | 0.00 | 0.00 |
| SSN | -5788 | ASSIGNED 05-21-17 | | | AMISC9 | 0.00 | 0.00 |
| DRL | | LAST CHG 12-19-16 | | | | | |
| CLIENT REF# 16-93778 | | LAST PAY 06-22-17 | | | MISCELLANEOUS AMOUNTS | | |
| FWD-CLIENT | | LAST ACT 05-31-18 | | | | --OWING-- | -RECEIVED- |
| INT RATE(D) 0 | | CL LC/LP 12-19-16 | | | MISC | 0.00 | 0.00 |
| PACKET# | 194412 | INTR EFF 06-22-17 | | | OVERPMT | 0.00 | 0.00 |
| --- SPECIAL FIELDS --- | | | | | NSF FEE | 0.00 | 0.00 |
| PATIENT | WILDER, RYAN | SPOUSE | | | MISC2 | 0.00 | 0.00 |
| 2ND SSN | | SPC FLD5 | | | MISC3 | 0.00 | 0.00 |
| PAT SSN | | CREDIT RPT | 05-07-18;93;409.01 | | MISC4 | 0.00 | 0.00 |
| | | | | | MISC5 | 0.00 | 0.00 |
| | | | | | MISC6 | 0.00 | 0.00 |
| | | | | | MISC7 | 0.00 | 0.00 |

--- FINANCIAL INFORMATION --- FOR ACCOUNT 8001750

( 39) BATCH #   12082
( 54) MCAID #   1733553203
( 251) TLO1 FLAG   S
( 252) TLO DATE   05-14-18
( 257) ATTMPT_CNT   3.00
( 258) D.L.ATTMPT   07-21-17
( 259) RPC_CNT   4.00
( 260) D.L.RPC   07-24-17

--- NOTES --- FOR ACCOUNT 8001750
* (001) 18:25 05-21-17 //SELF///ALS
  (002)              EMERGENCY~~72000~~1~~72000~~2016-12-22~~
  (003)              10:25:00&&IV
  (004)              SUPPLIES~~5700~~1~~5700~~2016-12-22~~10:
  (005)              25:00&&DISPOSABLE
  (006)              SUPPLIES~~5700~~1~~5700~~2016-12-22~~10:
  (007)              25:00&&MILEAGE
  (008)              ALS~~1825~~3~~5475~~2016-12-22~~10:25:00
* (009) 18:25 05-21-17 BEG STRAT NEWBIZ_1
* (010) 18:25 05-21-17 REQ SERIES AFM1 (VALIDATE)
* (011) 18:25 05-21-17 END STRAT NEWBIZ_1
* (012) 18:25 05-21-17 BEG STRAT MEMS_NB1
* (013) 18:25 05-21-17 END STRAT MEMS_NB1
* (014) 18:25 05-21-17 BEG STRAT AUTOSKIP_1



DEFENDANT'S
EXHIBIT

6

--- NOTES --- FOR ACCOUNT 8001750 (CONTINUED)

```
* (015) 18:35 05-21-17 ADDED TO PKT# 194412
* (016) 10:14 05-22-17 OPRIM:7970983 |DBA
* (017) 13:30 05-22-17 SNT NTC RO1
* (018) 22:00 05-22-17 END STRAT AUTOSKIP_1
* (019) 22:00 05-22-17 BEG STRAT AUTOSKIP_3
* (020) 22:00 05-22-17 END STRAT AUTOSKIP_3
* (021) 22:00 05-22-17 BEG STRAT GOTCHA_1
  (022) 13:03 05-24-17 PER TIE NAME IS RYAN WESLE WILDER |CLZ
  (023) 13:05 05-24-17 CHKD MCAID NOTHING FOUND|(06) EXP |CLZ
  (024)                DOC IS 1-1-15 THRU CURRENT NO
  (025)                CARE FOUND NAME APPEARS AS RYAN W
  (026)                WILDER MCD HAS ALL "N"'S
  (027) 13:05 05-24-17 CHKD ELECTRONIC NOTES|NO IN SPAID |CLZ
* (028) 13:06 05-24-17 NAME:WILDER, RYAN |CLZ
  (029) 13:07 05-24-17 GOTCHA||CLZ
  (030) 13:07 05-24-17 GAVE MINI-MIRANDA|MR SAID HE HAS |CLZ
  (031)                QUAL CHOICE THRU PESONAL POLICY
  (032) 13:08 05-24-17 MR SAID HE HAS NO COPY OF HIS INS |CLZ
  (033)                CARD
* (034) 13:09 05-24-17 ADDR:251 FROST RD |CLZ
* (035) 13:09 05-24-17 CTY-ST-ZIP:CADDO VALLEY, AR 71923 |CLZ
  (036) 13:09 05-24-17 I GOT NEW ADDRESS AND TOLD MR TO |CLZ
  (037)                FIND INS INFO AND CAL ME BACK
  (038)                ASAP
* (039) 13:09 05-24-17 REQ LTR# RO1 VALADATION LTR |CLZ
  (040) 13:18 05-24-17 FACEBOOK NONE |CLZ
* (041) 13:18 05-24-17 OSTS:ACT |CLZ
  (042) 13:20 05-24-17 DTR CLD||CLZ
  (043) 13:20 05-24-17 CONTACT||CLZ
  (044) 13:20 05-24-17 MR SID HE FOUND |CLZ
  (045) 13:20 05-24-17 HIS INS AND HE SID HE CALLED |CLZ
  (046)                QUAL CHOICE AND THEY GAVE HIM AL
  (047)                HIS INFO HIS MEMBER ID IS
  (048)                ▓▓▓▓▓▓ GROUP #▓▓▓▓▓▓ QUAL
  (049)                CHOICE
* (050) 13:21 05-24-17 SNT LTR RO1
  (051) 13:22 05-24-17 I TOLD MR THEY SOMETIMES NEED HIS |CLZ
  (052) 13:22 05-24-17 SIG AND IF SO I WILL CAL HIM BACK |CLZ
  (053)                E MAILED CH AND BC SINCE MH ONLY
  (054)                DOES MCD INS
  (055) 07:37 05-25-17 EMAILED INS INFO TO TIM WB/WWC
  (056) 10:05 05-25-17 CLI REQ 45 DAY HOLD|OSTS:RDP PER WB/WWC
  (057)                TIM FILED QC
  (058) 11:50 06-01-17 DTR CLD||CLZ
  (059) 11:50 06-01-17 CONTACT||CLZ
  (060) 11:56 06-01-17 MR ARGUMENTATIVE |CLZ
  (061) 12:01 06-01-17 I GAVE MR ALL THE INFO I COULD TO |CLZ
  (062)                LET HOM KNOW
  (063) 12:07 06-01-17 HE NEEDS TO GET THESE FUNDS |CLZ
  (064)                TOGETHER TO HELP HIS CBR DOWN THE
  (065)                ROAD SAID HE HAS NO FNN PARENTS
  (066)                AND HIS MOTHER IS A LOUSY PERSON
  (067)                SO I TRIED TO BE UNDERSTANDING
  (068)                BUT FIRM
  (069) 12:08 06-01-17 TOLD MR TO GET A DEBIT CARD TO |CLZ
  (070)                COVER BOTH ACCOUNTS IN CASE INS
```

--- NOTES --- FOR ACCOUNT 8001750 (CONTINUED)

```
  (071)                DOES NOT PAY ON THIS ONE
  (072) 08:08 06-15-17 PER TIM PYMT RPT NOTHING YET|WB/WWC
* (073) 22:00 06-19-17 END STRAT GOTCHA_1
* (074) 22:00 06-19-17 BEG STRAT GOTCHA2
*,(075) 12:02 06-22-17 TC=2 479.74 AP-C COM=191.89 COM%=40 |MDH
  (076) 12:04 06-22-17 INS DONE DBTR OWES BAL|OSTS:HLD WB/MDH
  (077) 12:13 06-22-17 REVIEW DSK JOURNAL||CLZ
  (078) 08:27 06-26-17 CLD RES TO DTR||CLZ
* (079) 08:27 06-26-17 REQ LTR# T36 SUGGEST ATTY PACKET |CLZ
  (080) 08:28 06-26-17 MR SID HE COULDNT GET A CREDIT |CLZ
  (081)                CARD ADN WAS UNABLE TO
  (082) 08:28 06-26-17 WANTS TO MAKE MONTHLY PAYMENTS 1 |CLZ
  (083)                OFFERD $ 40 A MONTH I TOLD MR I
  (084)                WIL CB NEXT WEEK
* (085) 13:31 06-26-17 SNT LTR T36
  (086) 09:40 07-05-17 CLD RES TO DTR||CLZ
  (087) 09:40 07-05-17 NOT ACCPT CALLS@THIS TIME||CLZ
* (088) 16:01 07-06-17 OSTS:ACT |CLZ
*/(089) 22:00 07-18-17 END STRAT GOTCHA2
*(090) 22:00 07-18-17 BEG STRAT GOTCHA2
  (091) 10:17 07-21-17 CLD RES TO DTR||CLZ
  (092) 10:17 07-21-17 CONTACT||CLZ
-(093) 10:32 07-21-17 HTO, MAD THAT LAST PERSON H.U. ON WB/CDH
  (094)                HIM (HE CALLED CUSSING). I
  (095)                ANSWEED THIS TIME, GAVE HIM MY
  (096)                NAME AND TOLD HIM HE CAN SPEAK
  (097)                W/ME, I WOULD BE GLAD TO HELP HIM
  (098)                PIF TODAY. HE SD CC HAS A LIMIT.
  (099)                OFFERED HIM OUT MAILING ADDR TO
  (100)                SND M.O. FOR PIF. HE COMPLAING
  (101)                THAT HE WAS DISRESPECTED. ADV HIM
  (102)                WLD MARK AS DNC, WE WLD NOT CALL
  (103)                AGAIN. ASKED HIM IF HE WNTED TO
  (104)                PIF OR NOT.HE SUGGESTED A PROFANE
  (105)                SOLUTION.
  (106) 10:35 07-21-17 SEARCH FOR ASSETS. WB/CDH
* (107) 10:35 07-21-17 OSTS:RDP |CDH
  (108) 13:29 07-24-17 DTR CLD||CLZ
  (109) 13:29 07-24-17 CONTACT||CLZ
  (110) 13:29 07-24-17 MR APOLIGIZED AND SIAD I WOKE HIM |CLZ
  (111)                UP HE SIAD ATHE NIGHT BEFORE HE
  (112)                WORKED LATE AND HAS A SMALL CHILD
  (113)                THAT KEEPS HIM UP-
  (114) 13:32 07-24-17 I STOPPED DTR AND ASKED HIM IF HE |CLZ
  (115)                WANTS TO PAY OR JUST MAKE
  (116)                EXCUSES- STARTED SAYING HE WANTS
  (117)                TO KNOW WHY I HUNG UP ON HIM-
  (118)                TOLD MR FOR THE SAME REASON I AM
  (119)                ABOUT TO HANG UP ON HIM- EITHER
  (120)                IN OR OUT FOR PAYMENTS- HOW PAY
  (121)                DEBIT?? ARGUMENTATIVE- SAID HE
  (122)                HAS LEFT 2 MSG FOR SUPER- TOLD MR
  (123)                APPARENTLY HE DOES NOT APPRECIATE
  (124)                HIS PROFANE LANGUAGE EITHER SO
  (125)                ADVISED MR IS HE WANT TO PAY MAIL
  (126)                A CHECK BUT STOP CALLING ME ABOUT
```

```
--- NOTES --- FOR ACCOUNT 8001750 (CONTINUED)

  (127)                 HIS LIST OF COMPLAINTS
  (128) 13:34 07-24-17 ADVISED NOT CUSTOMER SERVICE |CLZ
* (129) 08:58 08-07-17 REINSTATE CR RPTG |CDH
* (130) 22:00 08-16-17 END STRAT GOTCHA2
* (131) 22:00 08-16-17 BEG STRAT GOTCHA2
  (132) 15:29 08-17-17 COMPLAINT FROM DBTR TO AG. WB/CDH
  (133)                 RESONSE TO AG IN CDH FILE.
* (134) 22:00 09-14-17 END STRAT GOTCHA2
* (135) 22:00 09-14-17 BEG STRAT GOTCHA2
* (136) 22:00 10-13-17 END STRAT GOTCHA2
* (137) 22:00 10-13-17 BEG STRAT GOTCHA2
* (138) 22:00 11-10-17 END STRAT GOTCHA2
* (139) 22:00 11-10-17 BEG STRAT GOTCHA2
* (140) 22:00 12-08-17 END STRAT GOTCHA2
* (141) 22:00 12-08-17 BEG STRAT GOTCHA2
* (142) 22:00 01-05-18 END STRAT GOTCHA2
* (143) 22:00 01-05-18 BEG STRAT GOTCHA2
  (144) 14:24 01-26-18 FCEBOOK NONE |CLZ
* (145) 14:24 01-26-18 REVIEW STP |CLZ
  (146) 08:48 05-30-18 ADDED 8001798 TO PKT; ACCT HAS WB/CDH
  (147)                 DIFF SSN.
  (148) 08:48 05-30-18 SERVED TODAY W/LAWSUIT FOR FDCP WB/CDH
  (149)                 AVIOLATIONS.
* (150) 10:26 05-30-18 ODSK:4 |CDH
```