Credit Control Company, Inc.          08:30:07  01 JUN 2018

| | | --OWING-- | -RECEIVED- |
|---|---|---|---|
| CLIENT# | MEM575 MEMS AMBULANCE | | |
| ACCOUNT# | 8001798 | | |
| NAME | WILDER, RYAN | AGN/AMT | 402.74 | 0.00 |
| NAME2 | | INT | 0.00 | 0.00 |
| ADDRESS | MR-604 W DAISY BATES | CANCELLED | 0.00 |
| ADDRESS2 | | ATTORNEY | 0.00 | 0.00 |
| CITY | LITTLE ROCK | COURT | 0.00 | 0.00 |
| ST/ZIP | AR  72202 | MISC | 0.00 | 0.00 |
| PHONE | | TOTAL*** | 402.74 | 0.00 |

ASSIGNED AMOUNTS

| | --OWING-- | -RECEIVED- |
|---|---|---|
| PRINCIPAL | 402.74 | 0.00 |
| ASGN INT | 0.00 | 0.00 |
| COMM FEES | 0.00 | 0.00 |
| AMISC1 | 0.00 | 0.00 |
| AMISC2 | 0.00 | 0.00 |
| AMISC3 | 0.00 | 0.00 |
| AMISC4 | 0.00 | 0.00 |
| AMISC5 | 0.00 | 0.00 |
| AMISC6 | 0.00 | 0.00 |
| AMISC7 | 0.00 | 0.00 |
| AMISC8 | 0.00 | 0.00 |
| AMISC9 | 0.00 | 0.00 |

NOTE LNS  24           NET W/JNT**                    402.74
DESK      9            STATUS: DNC  COMM: A
DOB       ███-95         -- DATE --
SSN       ███-0068     ASSIGNED 05-21-17
DRL                    LAST CHG 12-20-16
CLIENT REF# 16-94095   LAST PAY
FWD-CLIENT             LAST ACT 05-31-18
INT RATE(D) 0          CL LC/LP 12-20-16
PACKET#    194412      INTR EFF 05-21-17
--- SPECIAL FIELDS ---
PATIENT    WILDER, RYAN    SPOUSE
2ND SSN                    SPC FLD5
PAT SSN                    CREDIT RPT   05-07-18;93;402.74

MISCELLANEOUS AMOUNTS

| | --OWING-- | -RECEIVED- |
|---|---|---|
| MISC | 0.00 | 0.00 |
| OVERPMT | 0.00 | 0.00 |
| NSF FEE | 0.00 | 0.00 |
| MISC2 | 0.00 | 0.00 |
| MISC3 | 0.00 | 0.00 |
| MISC4 | 0.00 | 0.00 |
| MISC5 | 0.00 | 0.00 |
| MISC6 | 0.00 | 0.00 |
| MISC7 | 0.00 | 0.00 |

--- FINANCIAL INFORMATION --- FOR ACCOUNT 8001798

( 39) BATCH #    12082
( 251) TLO1 FLAG   0
( 252) TLO DATE    05-22-17
( 253) TLO2 FLAG   0
( 254) TLO2 DATE   06-22-17

--- NOTES --- FOR ACCOUNT 8001798
* (001) 18:25 05-21-17 //SELF///BLS
  (002)              NON-EMERGENCY~~50000~~1~~50000~~2016-12-
  (003)              29~~12:15:20&&MILEAGE
  (004)              BLS~~1625~~12~~19500~~2016-12-29~~12:15:
  (005)              20
* (006) 18:26 05-21-17 BEG STRAT NEWBIZ_1
* (007) 18:26 05-21-17 REQ SERIES AFM1 (VALIDATE)
* (008) 18:26 05-21-17 END STRAT NEWBIZ_1
* (009) 18:26 05-21-17 BEG STRAT MEMS_NB1
* (010) 18:26 05-21-17 END STRAT MEMS_NB1
* (011) 18:26 05-21-17 BEG STRAT AUTOSKIP_1
* (012) 13:30 05-22-17 SNT NTC RO1
* (013) 14:09 05-22-17 TLO NO INFO!~~ |CDH
  (014) 16:45 05-23-17 DTR HAS NO PHONE||MAB
* (015) 13:48 06-13-17 ADDR: 604 W DAISY BATES |DBA
* (016) 13:48 06-13-17 MR-ATTEMPTED, NOT KNOWN |DBA
* (017) 12:02 06-22-17 ~TLO NO ADDR HIT~~ |CDH



DEFENDANT'S
EXHIBIT
7

--- NOTES --- FOR ACCOUNT 8001798 (CONTINUED)

```
  (018) 08:27 07-05-17 NCOA REPORTS NO FWD ADDRESS. ACCOUNT
  (019)                 (CONT) MARKED MAIL RETURN.
* (020) 15:40 05-03-18 OSTS:ACT |MAB
* (021) 15:40 05-03-18 REVIEW STP |MAB
* (022) 08:48 05-30-18 ADDED TO PKT# 194412 |CDH
* (023) 08:49 05-30-18 OSTS:NLA |CDH
* (024) 10:26 05-30-18 ODSK:6 |CDH
```