## *Credit Control Company, Inc*

PO Box 55165
Little Rock, AR 72215-5165

Telephone: (501) 225-2050
Toll Free: 1-800-284-4444

May 25, 2017

MEM575 - 8001750 - 4
RYAN WILDER
103 Cedarwood Dr
Sherwood AR 72120-3408

| | |
|---|---|
| Principal: | $888.75 |
| Interest: | $0.00 |
| Court Costs: | $0.00 |
| Attorney Fees: | $0.00 |
| Balance Due: | $888.75 |



**DEFENDANT'S EXHIBIT**
8

Re: MEMS AMBULANCE 16-93778

Credit Control Company, Inc is a professional collection agency. We have been authorized by our client to demand payment in full.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

Contact your account representative at (501) 225-2050 Ext. 4
If long distance call Toll Free 1-800-284-4444

**\*\*\* This is an attempt to collect a debt \*\*\***
**\*\*\* Any information obtained will be used for that purpose. \*\*\***

6-HWCCCI10-R26-7/11/12

---

**\*\*\* Please detach the lower portion and return with your payment \*\*\***

Y1DF9A63E9



PO Box 55165
Little Rock AR 72215-5165
ADDRESS SERVICE REQUESTED

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL OUT BELOW. | | |
|---|---|---|
| MASTERCARD   VISA   DISCOVER | | |
| CARD NUMBER | | CVV |
| CARD HOLDER NAME | | EXP. DATE |
| SIGNATURE | | AMOUNT PAID |
| STATEMENT DATE 5/25/2017 | ACCOUNT # 8001750 | PAY THIS AMOUNT $888.75 |

0008120024003291487072120340903-1YA1--Y1DF9A63E9 6    4    R26 - 6



RYAN WILDER
103 Cedarwood Dr
Sherwood AR 72120-3408

Credit Control Company, Inc
PO Box 55165
Little Rock AR 72215-5165

