## *Credit Control Company, Inc*

PO Box 55165
Little Rock, AR 72215-5165

Telephone: (501) 225-2050
Toll Free: 1-800-284-4444

June 26, 2017

MEM575 – 8001750 – 4
RYAN WILDER
103 Cedarwood Dr
Sherwood AR 72120-3408

| | |
|---|---|
| Principal: | $888.75 |
| Interest: | $0.00 |
| Court Costs: | $0.00 |
| Attorney Fees: | $0.00 |
| Balance Due: | $409.01 |



DEFENDANT'S
EXHIBIT
9

Re: MEMS AMBULANCE

May we suggest you have your attorney determine your liability towards this obligation.

If you do not wish to do so, contact this office and arrange settlement of this debt immediately to avoid further collection procedures.

In your own best interest, it is important that you act at once.

**\*\*Good credit is your most valuable asset\*\***

Contact your account representative at (501) 225-2050 Ext. 4
If long distance call Toll Free 1-800-284-4444

**\*\*\* This is an attempt to collect a debt \*\*\***
**\*\*\* Any information obtained will be used for that purpose. \*\*\***

123-HWCCCI10-T36-7/11/12

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**\*\*\* Please detach the lower portion and return with your payment \*\*\***

Y1E3173944

PO Box 55165
Little Rock AR 72215-5165
ADDRESS SERVICE REQUESTED

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL OUT BELOW. | | |
|---|---|---|
| MasterCard | VISA | DISCOVER |
| CARD NUMBER | | CVV |
| CARD HOLDER NAME | | EXP. DATE |
| SIGNATURE | | AMOUNT PAID |
| STATEMENT DATE 6/26/2017 | ACCOUNT # 8001750 | PAY THIS AMOUNT $409.01 |

0008120024003640775272120340803-1YA1--Y1E3173944 123          4    T36 - 123

RYAN WILDER
103 Cedarwood Dr
Sherwood AR 72120-3408

Credit Control Company, Inc
PO Box 55165
Little Rock AR 72215-5165

