## Steve Jones

| | |
|---|---|
| **From:** | Corey McGaha <cmcgaha@crowdermcgaha.com> |
| **Sent:** | Friday, March 15, 2019 11:14 AM |
| **To:** | Steve Jones |
| **Subject:** | Wilder v. Credit Control Company, Inc. |

Steve,

As discussed, Mr. Willder is abandoning his claims under 15 USC sect. 1692e(8) and 1692e(11). He is also abandoning his claim under Ark. Code Ann. sect. 17-24-506(b)(8) and 17-24-506(b)(11).

--
Corey D. McGaha
Crowder McGaha, LLP
5507 Ranch Drive, Suite 202
Little Rock, Arkansas 72223
Phone: (501) 205-4026
Fax: (501) 367-8208
http://crowdermcgaha.com



DEFENDANT'S
EXHIBIT
10



CROWDER McGAHA, LLP
ATTORNEYS AT LAW

1