IRONCLAD RULES

1. Accept no money unless you give a receipt or return a NGCK.

2. Do not remove any property belonging to CCC from the office, including accounts.

3. All debtors are entitled to one long distance phone call paid for by CCC. If they do not keep agreement, any other calls must be collect.

4. Sign on computer when you are ready for work; pull up your account and check misc. notes. Then enter:

            Action Code 830- Start Work
            Action Code 900- Out To Lunch

            Action Code 530- Gone Home

Then sign off your computer by using "E" if you are working in section 114- if you are working in section 119 use "E" until you reach Master Menu, then use code 999.

5. No one is permitted to work overtime.

6. Use your computer to record all calls, letters, and other action on every account.

COLLECTORS IN TRAINING (PROBATION)

1. No long distance phone calls.

2. Do not answer any line but your own.

3. Do not work legal accounts.

4. Do not send letters.

5. Do not talk to clients.

Do not do any of the above until authorized to do so.

GUIDELINES

1. Talk to every debtor before you sue. You can collect more money faster without suit than with suit.

2. Know the correct address, phone number, and P.O.B. before suit.

3. IF DEBTORS ATTORNEY CONTACTS YOU, DO NOT CONTACT DEBTOR AGAIN, ALWAYS DEAL WITH ATTORNEY.

4. Be able to prove your claim in court before filing suit.

5. Know what you will do with judgment when you get it.

6. Sue everyone responsible for the bill.

7. Do not pass or dismiss a suit.



DEFENDANT'S EXHIBIT
11

CCC GOALS:  Make money and have fun...
GOAL FOR CLIENTS:  Providing them with a service not found anywhere else.

1. Collect every dollar today.  Payment in full now.
2. Identify person you are talking to.  Do not discuss accounts with unauthorized people.
3. Do not discuss CCC business with anyone.
4. Work every new account the day you receive it.  ~~Keep them in new account section until you put them on the calander.~~
5. Don't write letters if a call will be better.
6. ~~Keep all accounts alphabetized at all times.~~
7. Ask your partner to cover your accounts while on break, lunch, or away from your desk.
8. When you answer a collector's call, never reveal your idenity unless it is your debtor.
9. Always ask for payment in full.  Know address, directions to office and phone number you wish to leave before calling.
10. When debtor pays by check, list bank, checking account number party who signed, and all other useful information and put file number on check.
11. Make cross file on all debtors having more than one name.  Never change a name on an account or use double names.
12. When clients report direct payments, obtain balance from client for double check.
13. Have debtors deal directly with us not clients.
14. Write down and date everything you do on an account.
15. Office supplies are to be used for the purpose intended.
16. When taking phone message for someone put time and date of call, name (with correct spelling) of calling party and callback number.  Sign name to message as the one who took the call.
17. Anything that can be misunderstood will be misunderstood...
18. Always be nice to debtors if they will let you.  They have enough problems without your adding to them.
19. When a debtor comes to the office and an interview is necessary always conduct it in private.



## CREDIT CONTROL COMPANY

CHARLES HANSON
Certified Consumer Credit Executive

TELEPHONE (501) 226–2050

Post Office Box 5670
LITTLE ROCK, ARKANSAS 72205

Whether you think you can. . .
or whether you think you can't. . .
You are absolutely right!!

1. The more people you call. . . the more accounts you collect.

2. If you're not talking to, or trying to talk to a debtor. . . you're not working!  (Thinking about work is not "working".)

3. You should always work a minimum of eight hours a day, (not including your lunch hour) regardless of production.

4. Every day you should try to improve a little in every area.

5. Every day you should study a new collection problem (example:  Skips. . . or a new situation. . . or a difficult type of debtor so as to expand your opportunities, and keep your interest fresh and your challange alive.  (What makes a particular debtor tick? How does he think?  What's the approach that will get the money?

6. Your physical presence in a collection is incidental. Your mental presence is vital, which means. . .

   A. You must always have a good attitude and good expectations about each day.

   B. You must concentrate on what you are doing at the time.  Be always alert!

   C. You must accept the fact that you work for your client.  Make him happy, make him money, and you've done your job.

   D. It's the client's problems and solutions that are involved, not yours.

7. Everyone likes to see an excited, sincere collector whether they pay or not! If it's not fun. . . it's not worth it! However, it's up to you to make it fun and to keep it that way.

8. Nightmares are for nighttime. Do not bring your personal problems, phobias, and hang-ups into your eight hour working day.

9. The collection business will never cheat you--don't be afraid to do your very best. It's like a dime-bank, it will give you exactly to the penny what you put into it. . . no more and no less! Every client, no matter who, is worth that last extra shot. . . that extra effort!

10. A truly professional collector does his job for the sake and pride he feels for it and for himself. He does not allow himself to have emotional ups and downs. He measures his activity and his earnings by the year, not by the day or by the week! He is stable and has "Constancy of Purpose".

11. If you want to get unending enthusiasm for your accounts and for doing your job, indentify with your debtor who is hearing you for the first time. (Borrow his ears and eyes and see it with him as you did the first time you heard your own collection pitch!) If you are not interested in what you are saying at the moment, why should your debtor be interested?

12. Lift your level of consciousness!. . . Think of yourself as a success and a professional. Think of yourself as a man who enjoys what he is doing for the sake of the work you are doing. Think of yourself as a man who always gets the job done. . . Well Done!

13. Have a personal goal for the personal standards you wish to achieve and stick with it.

14. Learn your collective lessons, both from the standpoint of putting them to personal use, and also from the standpoint of teaching them in the future.

15. Strive to be as relaxed, as fresh, and as enthusiastic with the last debtor of the day, as you were with the first. . . (This is what is called the professional's rhythm or pace.)

16. The more you exercise your "best" muscle, the stronger it becomes. . . and the more it is capable of doing for you.

17. Reward yourself each week when you achieve your personal goal. . . and punish yourself when you don't. (Any day you blank you should read every word of your collection material.)

18. Getting negative is no crime. . . staying negative is!

19. Have confidence in yourself, your plan, your talk, your territory, and your client. This will eliminate the drain of unnecessary worry pertaining to the success of your efforts and the outcome.

20. In short, your work load becomes lighter and your work more enjoyable and rewarding when you stop fighting yourself. This only becomes possible after you become totally committed to your career without reservations.

21. You are a collector and you are a collector because you think of yourself as a "special person". . . You're essentially an Egotist. This personal image is an essential for a collector who has a large capacity, and a potential for doing an outstanding job. . . Feed your ego and keep it growing by giving yourself higher quotas, bigger challenges. (Don't duck the tough, dirty assignments. . . Live up to the challenges.)

22. Personal self confidence indicates personal courage and bravery. . . Lack of self confidence indicates a lack of courage or cowardice. . . Size yourself up and be true to your self image!

My purpose for writing the above axioms is that almost in-variably, a collector in trouble has the usual problems of not using his collection talk properly and with conviction. . .

A capable manager will recognize that this problem is the symptom of a greater problem. The collector is negative! He has forgotten the fantastic importance of his clients. . . He has forgotten his own fantastic ability and personality. . . and he no longer looks for the advantages and services he can provide for his clients.

No wonder he can't collect. . . He's enjoying the pain of self-pity and doesn't necessarily want to help himself. He avoids combat!. . . He looks for the free or easy collection. He wants to do it with a ouija-board! (He wants to wish himself into a collection, with no disciplined plan, no work habits, and above all no enthusiasm or conviction.)

I know Credit Control Company is being represented by collectors not quiters!. . . In my mind, a collector is a fighter, a man who respects himself and his profession, a man who looks for a challenge to attack, not to run away from. In other words, "When the going gets tough. . . the tough get going". He lives this motto and knows he's tough. . . while other collectors are caving in, or giving up, he's getting tougher and tougher and smarter and smarter with every forward step.

A Superior collector must always strive to gain strength and direction from within himself! He should never allow himself the diseased luxury of a negative attitude. . . This disease in a collector is tantamount to professional suicide. It will bring suffering and harm to all connected with it and him.

The Superior collector is aware of this enemy and is constantly on guard for the first signs of it. . . He stamps it out before it gets a strong hold on him.

Again, a professional collector should strive to correct himself from within himself. The first place he should investigate is his own attitude or outlook. (Has it changed for the worse since he started? Exactly what was the nature of the change? Same clients? Same debtors? Same problems? Same collector? What's changed?) Have his inner thoughts changed?) Has his mental self-dicipline deteriorated? Has his attitude changed?). . . If it has then this is the problem, and here is where you correct!

How?. . . The same way you correct a train that has gotten off the track and rolled into the woods. You take yourself back to where your attitude was in good shape. Now you are on the track. You have your proper mental attitude. . . your most productive work habits. . . and you are no longer afraid. . . and it's a brand new world.

Try not to burden your collection manager with problems that you can solve on your own. Be your own man.

It has come to my attention repeatedly, that once a collector's attitude is corrected, he immediately sees his mistakes, corrects them and wonders why they had to be pointed out to him in the first place. . . Reason? He was blinded by a twisted, erroneous, poisonous outlook, which 90% of the time,

stems from a negative attitude. . . which itself, stems from one cause, lack of faith in himself, his accounts, his clients and his debtors. (If he had corrected his attitude, he wouldn't need his manager to point out his solutions. He could correct himself.)

To help various collectors regain the faith they require in order to collect, I've given them all of the above axioms to refer to. . . to use as a means of regaining their perspective and to provide sand for their insides.

I asked myself, why I never became negative, or if I did become negative, why I didn't stay negative as long as some of the collectors I've talked to. The reason is. . . I had these sayings or axioms or philosophical ideas to hang onto. They helped me to keep my balance and to keep the faith. They are a means of gaining strength from within oneself.

I wrote down as many as I could think of, in the hope that some collector in the field would regain the faith necessary. . . to recognize a handicap as an asset. . . a letdown as a test of his courage. . . and a problem in terms of a challenge which must be attacked with immediate vigor and enthusiasm.

Adopt and use only one of these axioms daily until they all become a part of your personal Superior collection philosophy.

Use only one axiom per day and have them compete for you with results. At the end of each day mark down how many collections you got the day you used a particular one. When you go through them all, you will then know which ones helped you the most.

## TEN CHIEF BENEFITS OF PAYING IN FULL TODAY

1. FAVORABLE CREDIT RECORD: "In the first place, Mr. Debtor, you can have a favorable credit record only if your past-due bills are paid up."

2. SATISFACTION OF DOING THE RIGHT THING:  "Mr. Debtor, you owe yourself the satisfaction of doing the right thing."

3. REPUTATION FOR FAIR PLAY:  "By paying up today, Mr. Debtor, you protect your reputation for fair play."

4. SELF-RESPECT:  "The least you can do, Mr. Debtor, is pay this account in full today."

5. FREEDOM FROM WORRY: "You won't have to worry about this account anymore, Mr. Debtor, just pay it up today."

6. SECURITY ON THE JOB:  "You know, Mr. Debtor, how employers feel about an employee's bad debts."

7. SECURITY FOR FAMILY (or if single, FOR YOUR FUTURE): "You owe it to your family, (or yourself, if single) Mr. Debtor, to have a good credit record in case of some financial emergency."

8. GOOD EXAMPLE FOR CHILDREN:  "you don't want your children to grow up in the shadow of a bad credit record, Mr. Debtor."

9. OPPORTUNITY FOR FURTHER CREDIT:  "By paying in full today, Mr. Debtor, you will protect your opportunity for further credit."

10. SAVING OF ADDITIONAL EXPENSE:  "You can't afford not to pay, Mr. Debtor."

## TRACING DEBTORS BY TELEPHONE

Statistics show we collect 75 per cent of the claims on which we can contact the debtor by phone, mail or in person. So to make money and to render a better service to our customers, all new files should be investigated for two reasons:

1. To verify the identity of the subject positively, and

2. When necessary, to locate the debtor.

Our customers can collect the easy ones, the ones they can reach by personal contact, telephone or mail. However, they turn accounts over to our office for results when their own experienced personnel cannot collect. In many cases the reasons why they have not collected is that they cannot trace the debtor.

We must collect their difficult accounts. To do this, we must be expert tracers as well as expert collectors. The quickest and least expensive method of tracing is by telephone, so that is the method we will concentrate on today.

What are the qualifications of a telephone tracer?
    Natural inquisitiveness and ability to converse with strangers.
    Clear telephone voice.
    Patience in all kinds of situations.
    Tenacity as long as there is a reasonable chance to collect.
    Tact and courtesy. (Use "please," "thank you," etc., when they are appropriate, and apologize for inconveniencing anyone.)
    Ability to relax and be natural.
    Imagination - initiative - knowing when to do the unusual.
    Knowledge of what it takes to collect--motivating words, the Ten Benefits.
And above all you will need
                A $TRONG DE$IRE TO COLLECT BILL$

Tools:
    1. Files in your own office.
    2. City directories (both old and new).
    3. Library of telephone directories for the entire area served.
    4. Telephone.

        Use unlisted phone lines, set up in series so that incoming calls will step up to the next number in series if first line is busy. On blind calls, the debtor may try to call only once.
    5. Special directories and lists such as county teacher directories, farm directories, etc.
    6. City, county and state maps, Atlas, etc.
    7. Lists of good informants in outlying areas.

Here is a step-by-step procedure for tracing.

    1. What tracing leads do the collection file disclose

        Present employer (name of firm)
        Former employer (name of firm)
        Friends or relatives (their addresses)
        Assets
        Assignment blank
        References

Former addresses (of subject)
Former employment (type of work, trade or special skill)

2. City directories:

Verify home address, spouse's name and employment or occupation.
Check for neighbors at time debtor lived there.
Former employment, Stores nearby

3. Does the debtor have a phone?

Check telephone book. Check file. Check criss-cross telephone directory. Check city directory for neighbors or employer with phone. Check names, numbers and addresses of all individuals with same or similar last names. Call each if necessary to locate relative.

4. What tracing leads are disclosed on the envelopes of returned mail?

Names and addresses of individual's mail forwarded in care of. Addresses mail forwarede to. Towns mail sent to and reason for return.

5. What tracing leads are disclosed in mail from customers or debtors?

Employment, address, relatives, friends informants, and assets.

6. What tracing leads are disclosed in a review of copies of investigations previously made by collection office?

Recheck all pertinent information for leads.

7. What additional leads can our customer give?

(Keep contact with the credit granter to a minimum to avoid irritating him. He expects you to do all the work of investigation after he turns over the account.)

Verify full name of debtor. Present or last-known address and former addresses. Marital status. Give name of spouse. Approximate age of debtor. Letters and correspondence relative to account. Dates and nature of account. Legal status of debtor. Present or former banking connection. Information relative to car, real property and other assets. Names of relatives. Names of friends or informants.

8. Utility companies.

   Check for new address.  Check for former address.

9. State Motor Vehicle License Department.

   Check for car registration.  Present lien holder.
   Former lien holder.

Here is a Motto for the Telephone Tracer:

<u>Controlled</u> investigation permits spending of your time on
profitable accounts so you can furnish your customer a
top quality standard brand of Collection Service for
mutual profit.

Follow your tracing checklist to maintain a <u>controlled</u>
investigation of every tracing problem.

## CHECKLIST FOR TELEPHONE TRACER

1. ADDRESS INFORMATION:  Residence -- previous and latest.
   Business -- previous and latest.

2. ANTECEDENTS:  Relatives, friends, references, current
   accounts, and previous connections.

3. OCCUPATION OR BUSINESS HISTORY:  Present, former, business
   associates, and Credit Union.

4. ASSOCIATION INFORMATION:  Lodges, trade unions, tap rooms
   and other hangouts, and fellow tradesmen.

5. NEIGHBORING INFORMATION:  Neighborhood, filling station,
   grocery store, schools, libraries and churches.

6. MISCELLANEOUS INFORMATION:  Utility companies, tax
   collector's records, police records, Secretary of State,
   postman, city clerk and vital statistics.

Each of these is a possibility; yet, if all sources were contacted,
there would be considerable expense involved.  Therefore, after
your work sheet is compiled and all information is listed ac-
cording to the above chart, determine which is most likely to
be the key to your problem.  That is the one you should contact
first.  Continue in the same way, being guided by information
you gather during your investigation.

## COLLECTING BY TELEPHONE

Let's begin our discussion of collecting by telephone with the
initial approach.

First, your attitude must be right.
Believe that it can be done.
Believe that you can collect from most debtors you can locate.

Believe in your customer, the creditor--he is right 99 per cent of the time.

Then, you have to know how to prepare your materials. Have all your information about the debtor organized so that you can make an intelligent call.

Next, make each call on these three premises:

Your customer is right. The debt is a just one.
The debtor should pay.
The debtor can pay.

Also, understand the limitations of the phone.

Payment cannot be made over the phone. But a sale for future payment CAN be made over the phone.

Finally, remind yourself that to be a good collector you need to be a salesman:

Take the initiative. (Know in advance just what you will say.)
Control the interview. (Always be ready with another motivation or venefit.)
Be persistent. (Inoffensively.)

Now, let's review the high points of the telephone collection interview.

Identify the debtor.
Identify yourself.

Then, begin to use applied psychology.

First, try to discover the debtor's defenses for non-payment. To do this, give him a chance to "save face" by fully explaining his reason or reasons for not paying. Consider which of the Ten Chief Benefits is in the back of debtor's mind when he talks to you regarding the account.

Continous repetition of advice to pay often will produce the desired result provided you use motivating words and base your advice on the Ten Benefits the debtor can receive from paying in full today.

Gain and maintain the respect of every debtor. If he is belligerent, show what you are calm and sure of yourself but do not argue. If he is confused or seems helpless, show that you want to help him pay his debts and explain to him how he can do so.

Answer debtor's excuses, stalls, complaints and develop more urgency. If debtor sill will not promise to mail or bring in the money, give him a deadline and courteously hang up.

Your objective is get from the debtor a telephone promise to do one of these two things:

1.  Send or bring in payment in full today, or
2.  Come in to make a satisfactory arrangment with you to pay in a signed agreement.

Here are ways you can develop urgency:

You must convey to the debtor that he must settle today-- that time is of the essence--that the time for deliberation is over. The debtor won't think the matter is urgent if you don't convince him of it.

For instance, you can to the debtor:

"I have only a limited time to collect this account. You must pay by tomorrow." OR

"No need of your calling the store. You know you owe it, and we have the account. Send us the money today. Tomorrow other action might be necessary."

"Mr. Debtor, you and I do not have an argument. You received the merchandise, you owe the money and must pay it today."

"I am sorry you were not pleased with the services, but we have the bill now and must have the money. To avoid possible unpleasantness, you must pay today."

"Morally you may be right, legally you are wrong, Mr. Debtor. You can't avoid paying, so why leave yourself open to other trouble?"

You can devise many more ways of saying the same thing. That is, the account must be paid today, and IN FULL.

If the debtor admits the account but can't pay in full and offers payment, say:

"Try the bank or loan company. They can accept instal- ments, we can't. We can let you have until tomorrow noon to borrow the money."

"Get a friend or relative to co-sign with you. They will help you out. Have the money in here by next Monday for sure."

"Sorry, we can't accept payments. Your employer will advance you the money. Ask him today. He will prefer it that way. You can have until Saturday to pay."

"You sound like a good fellow, we will be glad to help you Mr. Debtor. We will subtract $_____ to help you with the interest. Now get the money and send it in to us by Wednesday."

If you are convinced the debtor can't raise the money (after several telephone attempts to force settlement), say:

"You seem sincerely interested in paying. Here's what we will do to help you. Pay us $50.00 down (ask for half and then negotiate) and the rest at $_____ a week. The $50.00 MUST be in here by tomorrow without fail."

"If you can't pay $50.00 down, come in tomorrow and see us. We must get this settled. Exactly what time will you be in?" (Make a definite appointment.)

If debtor refuses to deal and you are not getting anywhere with your interview, say:

"I have to make a report. What is your exact address? What is your wife's name? Where do you work? What is your phone number on the job? Do you have a phone at home?" Get all the information you need to make further investigation for assets.

If the debtor says he will call later, or wants to call your customer, or that he will think about it and call back, say:

"No need of calling back and forth. We want the money in here tomorrow. Get it today and send us $_____ in full, in tonight's mail, or we want to know when this bill will be paid."

In every instance, conclude your phone call by saying:

"Do you have a pencil and paper?" If they say "NO," tell them to get them and hold the phone while they do. Then, "Our address is_____. Be sure to send us $_____ by_____. I can only hold the file that long."

If you offer any terms other than cash, make it clear that you are making an exception.

When a debtor calls you, after you get his name, always find out the number he is calling from BEFORE you talk. Even though it is a pay station in a bar, you may be able to call him there at some time in the future.

If the debtor tries to argue about the quality of goods or service, NEVER argue or even discuss this with him, but say:

> "You and I do not have an argument, Mr. Debtor. You bought the merchandise. Why not save yourself possible additional costs by paying it up today."

If you get two calls at once, do not hesitate to say:

> "What's your number, please? Let me call you back."
> (This often gets you a number you wouldn't get otherwise.)

If you think a secured note is in order and you can't get the money in cash payment say:

> "I may be able to help you get a loan. Come in and see me this afternoon. Exactly what time can you be here?"
> (Make a definite appointment.)

## TELEPHONE DO'S

1. Do know all details concerning customer and account.
2. Do have faith in your customer's account.
3. Do identify the person answering the phone.
4. Do keep calm and cheerful.
5. Do insist on promise of payment in full
6. Do insist on debtor coming to your office IF he refuses payment in full.
7. Do treat all debtors as you would want to be treated.
8. Do remember everyone is right until proved otherwise.
9. Do get all the important details if disputed.

## TELEPHONE DON'TS

1. Don't antagonize people.
2. Don't consider all debtors "dead beats."
3. Don't shout over the telephone.
4. Don't accuse debtor of being dishonest.
5. Don't adopt a "hardboiled" attitude.
6. Don't threaten the debtor at any time.
7. Don't consent to small weekly payments before interview.
8. Don't cancel an account until you are sure it is uncollectible.
9. Don't overlook any possibility to locate through telephone contacts.
10. Don't assume the full responsibility of adjusting a dispute.

CHECKLIST FOR TELEPHONE COLLECTOR

1. IDENTIFY THE DEBTOR: Identify person you are talking to. Is debtor head of the family. Learn employment. Verify address. Spouse's name. Location of phone talking from (home, job, neighbor, etc.)

2. IDENTIFY YOURSELF: Firm name and address. Your name. Amount of claim. Name of creditor.

3. SELL IMPORTANCE OF PAYING: Ask for ALL the money. Develop urgency. TODAY is the day, make one call get it.

4. IF DEBTOR STALLS OR GIVES EXCUSES: Develop urgency more forcefully. Try to get a YES answer.

5. IF CONTINUES TO STALL: Develop URGENCY again. Close by giving debtor a deadline to pay or come in office.

OFFICE INTERVIEWS

The personal interview in the office has two objectives:

Payment in full NOW, or
The best possible arrangements for payment in a signed agreement.

Here are the advantages of the office interview:

1. Most people who come to your office intend to pay.
2. You meet the debtor on your home ground.
3. You have an opportunity to study the debtor's. . .
     character and educational background
     personality and appearance
     sincerity or insincerity
4. You can get definite arrangement for payment.
5. You can bind your arrangements with a signed agreement.

A debtor in your office gives you your best chance to collect in full, so make the most of it.

Here are the qualifications of a collection interviewer:

1. Mature judgment and experience in problem-solving for debtors.

2. Thorough knowledge of the policies, services and products of your customers.

3. Ability to handle complaints properly.

4.  Ability to think clearly and to distinguish between excuses and legitimate reasons for non-payment.

5.  Ability to analyze others

6.  Ability to sell the Two Chief Benefits to the debtor.