In the United States District Court
Eastern District of Arkansas
Western Division

Ryan Wesley Wilder                                                    Plaintiff

v.                                    Case No. 4:18-cv-344-KGB

Credit Control Company, Inc.                                          Defendant

**Plaintiff's Response to Defendant's Statement of Material Facts and Statement
of Material Fact on Which He Contends a Genuine Dispute Exists to be Tried
and Additional Facts that Plaintiff Believes are Material and in Dispute**

**Plaintiff's Exhibit 3 – Filed Under Seal as Confidential**