In the United States District Court
Eastern District of Arkansas
Western Division

Ryan Wesley Wilder                                                          Plaintiff

v.                                        Case No. 4:18-cv-344-KGB

Credit Control Company, Inc.                                          Defendant


**Plaintiff's Response to Defendant's Statement of Material Facts and Statement
of Material Fact on Which He Contends a Genuine Dispute Exists to be Tried
and Additional Facts that Plaintiff Believes are Material and in Dispute**


**Plaintiff's Exhibit 6**

**Edith Collins**

.

From: consumer@arkansasag.gov [mailto:consumer@arkansasag.gov]
Sent: Friday, July 21, 2017 11:27 AM
To: Consumer Division
Subject: Arkansas AG Consumer Complaint Form Submission

|  |  |
|---|---|
| **Name** | Ryan Wilder |
| **Address** | 103 Cedarwood Dr. |
| **City** | Sherwood |
| **County** | Pulaski County |
| **State** | Arkansas |
| **Zip code** | 72120 |
| **Home Phone** | 501-517-8023 |
| **Cellphone** | 501-517-8023 |
| **Email** | ryanwesley123@gmail.com |
| **No Email Communication** | Not checked |
| **Age** | 21 |
| **Military History** | |
| **Company name** | Credit Control Company |
| **Company address** | 10201 West Markham St. #104 |
| **City** | Little Rock |
| **State** | Arkansas |
| **Zip code** | 72205 |
| **Phone** | 501-225-2050 |
| **Email** | . |

1

**Website**

**Product or service**   Ambulance Bill

**Transaction date**

**Estimated dollar amount involved**   $1000

**Explain the circumstances surrounding your complaint.**   Hello, my name is Ryan Wilder, and I'm emailing to complain about Credit Control in Little Rock. They've been constantly calling, wanting me to pay my ambulance bills, which is understandable. However, they've gone about it in a very unprofessional manner. I've offered to pay monthly payments, but the lady I spoke to said it wasn't enough. I got a credit card just to make these payments, so I called them a few times, and the worker on my case wasn't even there. They called this morning and woke me up, and I answered. The lady speaking said something I couldn't quite make out, so I didn't say anything back. Then she said, "That's okay, we'll be seeing you soon." So at this point, I was very angry. I called that number back a few times and no answer. So I called the office number and asked for my case worker, and they hung up on me. I tried that again, but I was angry at this point. The next person I spoke to argued back a nd forth, and she hung up on me. I called one last time, and the "owner" answered. He threatened to take legal action against me if I didn't pay this bill. I was willing to. However, considering how I was treated by him and his employees, I do not want to go through this company. They are very rude, passive-aggressive, and unprofessional. They also threatened to take legal action against me even though I answered the phone almost every time they called, and I was willing to find a way to pay.

**Your view of a fair resolution to the matter**   I am not sure what to do about this situation, and I also don't know the possible resolutions to this matter.

**Do you have supporting documentation?**

**Additional document upload #2 (if needed)**

**Additional document upload #3 (if needed)**

Submit

Sent by ProcessWire Form Builder • 2017/07/21 11:26am

2