IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RYAN WESLEY WILDER**                                                     **PLAINTIFF**

**v.**                            **Case No. 4:18-cv-00344-KGB**

**CREDIT CONTROL COMPANY INC.**                          **DEFENDANT**

## **JUDGMENT**

Pursuant to the Opinion and Order entered in this matter on this date, the Court grants defendant Credit Control Company, Inc's motion for summary judgment (Dkt. No. 11). The Court dismisses without prejudice plaintiff Ryan Wesley Wilder's claims under 15 U.S.C. §§ 1692e(8) and 1692e(11) and Arkansas Code Annotated §§ 17-24-506(b)(8) and 17-24-506(b)(11). Mr. Wilder's remaining claims are dismissed with prejudice.

So adjudged this 5th day of June 2019.

                                                     _____
                                                     Kristine G. Baker
                                                     United States District Judge